UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00520-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MAURICE D. SHACKLEFORD | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 27 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 25 day of October 2021.

_____
The Honorable James C. Dever III
UNITED STATES DISTRICT JUDGE