IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-520-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MAURICE D. SHACKLEFORD, | ) |
| | ) |
| Defendant. | ) |

On November 22, 2021, the court held a hearing concerning defendant Maurice D. Shackleford's motion to suppress. See [D.E. 26]; see also [D.E. 27] (government's response in opposition); [D.E. 30] (defendant's reply). As explained in open court and incorporated by reference, the court DENIES defendant's motion to suppress [D.E. 26].

SO ORDERED. This 22 day of November, 2021.

JAMES C. DEVER III
United States District Judge