UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 5:20-CR-520-1D

**UNITED STATES OF AMERICA**

**vs.** ORDER

**MAURICE SHACKLEFORD**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on May 17, 2022 be turned over to Agent Regina Coran, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 3 | Actual Gun |

This 17 day of May, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _Regs Corca_ ATF-TFD